UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

        -against-

Chanette Lewis (01),
Tatiana Benjamin (02),
Tatiana Daniel (03),
Heaven West (04),

        Defendants.
------------------------------X

21-CR-729(LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/21

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

       At the initial conference on December 8, 2021 the Court set the following schedule.

       All discovery, other than the cell phones' contents, is due by 1/15/2022.
All cell phone contents discovery due by 3/1/2022.
Defendants' motions, except regarding cell phone contents, are due by 3/1/2022; Government opposition brief due by 3/22/2022; Defendants' reply brief due by 3/29/2021.
Defendants' motions regarding cell phone contents due by 5/2/2022; Government opposition brief due by 5/23/2022; Defendants' reply brief due by 5/30/2022.
Defendants' motions directed to cell phone contents due by 5/2/2022.
Defendant Heaven West's motion for a bail modification granted extending the time by which to satisfy all bail conditions to 12/22/2021.

       The Court will hold a status conference on March 15, 2022 at 3:00 PM.

       SO ORDERED.

Dated:     December 9, 2021

                                            Lewis A. Kaplan
                                       United States District Judge