```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-21-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                               :

UNITED STATES OF AMERICA          :    **ORDER**

                - v. -                    :    S2 21 Cr. 729 (LAK)

CHANETTE LEWIS,
    a/k/a "Netty Hott,"

                     Defendant.
------------------------------------- X

        WHEREAS, with the consent of defendant Chanette Lewis, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 2, 2022;

        WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
           December 21, 2022

                                                    THE HONORABLE LEWIS A. KAPLAN
                                                    UNITED STATES DISTRICT JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK